EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 06 2002

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR. NO. CR02 00074 DAE |
| Plaintiff,   ) | |
| vs.   ) | INDICTMENT |
| CLAYTON YIP   ) | [49 U.S.C. §46507(1) & 46505(b)(3)] |
| Defendant.   ) | |

INDICTMENT

The Grand Jury charges:

On or about February 8, 2002, in the District of Hawaii, in the District of Hawaii, CLAYTON YIP, the defendant, knowing the information to be false, willfully and maliciously did give, or cause to be given, under circumstances in which the information reasonably may be believed, false information about an alleged attempt being made to place, and attempt to place, on

an aircraft involved in air transportation, an explosive or incendiary device.

All in violation of Title 49, United States Code, Section 46507(1) and 46505(b)(3).

DATED: March 6, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
Assistant U.S. Attorney