EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 1 2002

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00074 DAE |
| Plaintiff, | ) | SUPERSEDING INDICTMENT |
| vs. | ) | [49 U.S.C. § 46507(1)] |
| CLAYTON YIP, | ) | |
| Defendant. | ) | |

SUPERSEDING INDICTMENT

Count 1

The Grand Jury charges:

On or about February 8, 2002, in the District of Hawaii, CLAYTON YIP, the defendant, knowing the information to be false, willfully and maliciously did give, and cause to be given, under circumstances in which the information reasonably might have been been believed, false information about an alleged

attempt being made to place, and an attempt to place, on an aircraft involved in air transportation, an explosive or incendiary device, in that defendant did place a telephone call to the City of Honolulu, Hawaii's Emergency 911 number and report that Vietnamese terrorists had a bomb on board a China Airlines Flight departing from Honolulu International Airport.

All in violation of Title 49, United States Code, Section 46507(1).

## Count 2

The Grand Jury further charges:

On or about February 8, 2002, in the District of Hawaii, CLAYTON YIP, the defendant, knowing the information to be false, willfully and maliciously did give, or cause to be given, under circumstances in which the information reasonably might have been believed, false information about an alleged attempt being made to place, and an attempt to place, on an aircraft involved in air transportation, an explosive or incendiary device, in that defendant did place a telephone call to the Honolulu Division of the Federal Bureau of Investigation and report that Vietnamese terrorists had a bomb on board a China Airlines Flight departing from Honolulu International Airport.

//
//
//

All in violation of Title 49, United States Code, Section 46507(1).

DATED: September 11, 2002, at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
KENNETH M. SORENSON
Assistant U.S. Attorney

3