ORIGINAL

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 3 2002

at _3_ o'clock and _24_ min. _Y_ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CR. NO. 02-00074 DAE |
| Plaintiff, ) | INFORMATION |
| vs. ) | [18 U.S.C. § 1001] |
| CLAYTON CHI YUNG YIP, ) | |
| Defendant. ) | |

INFORMATION

On or about February 8, 2002, in the District of Hawaii, in a matter within the jurisdiction of the Executive Branch of the United States Government, that is, the Federal Bureau of Investigation, an agency of the United States, the Defendant, CLAYTON CHI YUNG YIP, knowingly and willfully did make a false and fictitious material statement and representation, in that CLAYTON CHI YUNG YIP did place a telephone call to the Honolulu Division of the Federal Bureau of Investigation and

report that two Vietnamese terrorists were on board China Airlines Flight 7 departing from Honolulu, Hawaii to Tokyo, Japan, each in possession of a bomb which they intended to detonate once the aircraft had departed Honolulu, Hawaii, when at the time of making such representations, CLAYTON CHI YUNG YIP did know that the individuals he identified as terrorists did not have in their possession two bombs and in truth and fact were not terrorists.

All in violation of Title 18, United States Code, Section 1001.

DATED: October 3, 2002, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Elliot Enoki
ELLIOT ENOKI
First Assistant U.S. Attorney

/s/ Kenneth M. Sorenson
KENNETH M. SORENSON
Assistant U.S. Attorney

UNITED STATES v. CLAYTON CHI YUNG YIP
Cr. No. 02-00074 DAE
"Information"