Prob 12C
(Rev. 3/95 D/HI)

# ORIGINAL

**United States District Court**

for the

**DISTRICT OF HAWAII**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 8 2006

at 10 o'clock and 4 min. A M
SUE BEITIA, CLERK

U.S.A. vs. CLAYTON CHI YUNG YIP          Docket No. CR 02-00074DAE-01

## SUPPLEMENTAL REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violations of Supervised Release)

COMES NOW FITUINA F. TUA, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of CLAYTON CHI YUNG YIP who was placed on supervision by the Honorable David Alan Ezra sitting in the Court at Honolulu, Hawaii, on the 4th day of August 2003, who fixed the period of supervision at 3 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. That the defendant participate in a mental health program, which shall include gambling addiction treatment, at the discretion and direction of the Probation Office.

2. That the defendant is prohibited from possessing any illegal or dangerous weapons.

3. That the defendant provide the Probation Office access to any requested financial information.

4. Without the prior approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street, Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached to the Judgment.

5. Without the prior approval of the Probation Office, the defendant shall not enter the Keeaumoku Street area, at the discretion and direction of the Probation Office.

6. Defendant shall refrain from any illegal or legal gambling activities.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Alleged Violation(s) of Supervised Release

That the petition for Request for Course of Action filed on 12/13/2004 include the following additional charge:

3. That on 11/22/2005, in the First Circuit Court, Mr. Yip pled guilty to Burglary in the First Degree, in violation of Hawaii Revised Statutes (HRS) § 708-810(1)(c), Unauthorized Control of Propelled Vehicle, in violation of HRS § 708-836, and Theft in the Second Degree, in violation of HRS § 708-831(1)(b), all in violation of the General Condition.

Prob 12C
(Rev. 3/95 D/HI)

2

    Based on the above, the U.S. Probation Officer recommends that the petition for Request for Course of Action filed on 12/13/2004 include the above-noted additional charge.

PRAYING THAT THE COURT WILL ORDER ONE OF THE FOLLOWING COURSES OF ACTION:

[✓] That the petition for Request for Course of Action filed on 12/13/2004 include the additional charge and that the offender be brought before the Court to show cause why supervised release should not be revoked.

[ ] Other

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/11/2006

FITUINA F. TUA
Senior U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

ORDER OF COURT

    THE COURT ORDERS that the petition for Request for Course of Action filed on 12/13/2004 include the additional charge and that the offender be brought before the Court to show cause why supervision should not be revoked.

    Considered and ordered this 11th day of January, 2006, and ordered filed and made a part of the records in the above case.

DAVID ALAN EZRA
U.S. District Judge

Re:   **YIP, Clayton Chi Yung**
      **Criminal No. CR 02-00074DAE-01**
      **REVOCATION OF SUPERVISED RELEASE**

## STATEMENT OF FACTS

Following the filing of the Request for Course of Action on 12/13/2004, a No Bail warrant was issued. The Request for Course of Action that served as the basis for the issuance of the warrant includes Mr. Yip's arrest for several law violations. Since then, Mr. Yip has pled guilty in the First Circuit Court to the following offenses: Burglary in the First Degree (Criminal No. 04-1-0531), Unauthorized Control of Propelled Vehicle (UCPV) (Criminal No. 04-1-0569), and Theft in the Second Degree (Criminal No. 04-1-0657). On 11/22/2005, he was sentenced to ten (10) years imprisonment under Criminal No. 04-1-0531 (Burglary in the First Degree) to be served concurrently with the 5-year terms of imprisonment imposed in Criminal Nos. 04-1-0569 (UCPV) and 04-1-0657 (Theft in the Second Degree). The state court also ordered that the imprisonment sentences run concurrent with any other term of incarceration that Mr. Yip was currently serving to include federal Case No. CR 02-00074DAE-01. The state court also ordered that Mr. Yip be given credit for time served in the state cases. Mr. Yip is to appear before the Hawaii Paroling Authority in the near future at which time the minimum term of imprisonment will be determined.

The supervised release warrant issued on 12/13/2004 is lodged as a detainer to ensure Mr. Yip's appearance for a revocation hearing. We intend to request that the U.S. Attorney's Office obtain a writ for Mr. Yip to appear before Your Honor.

It is recommended that the Court supplement the Request for Course of Action filed on 12/13/2004 to include the above-noted violation.

Respectfully submitted by,

FITUINA F. TUA
Senior U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

FFT/pts

Re:   YIP, Clayton Chi Yung
      Criminal No. CR 02-00074DAE-01
      REVOCATION OF SUPERVISED RELEASE
      STATEMENT OF FACTS - Page 2

**NOTICE OF ADDITIONAL CONDITION(S) OF SUPERVISION THAT MAY WARRANT CONSIDERATION**

There do not appear to be any circumstances that warrant consideration of additional conditions at this time.