EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100 PJKK, Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00074 DAE |
|---|---|---|
| | ) | |
| | ) | APPLICATION AND ORDER FOR |
| Plaintiff, | ) | WRIT OF HABEAS CORPUS AD |
| | ) | PROSEQUENDUM |
| vs. | ) | |
| | ) | |
| CLAYTON CHI YUNG YIP, | ) | |
| | ) | |
| Defendant. | ) | |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That there is now detained in the Halawa Correctional Facility, 99-902 Moanalua Highway, Aiea, Hawaii 96701, in the custody of the Warden, Clayton Frank thereof, the defendant, Clayton Chi Yung Yip, in the above-entitled case, which case will be called for an Order to Show Cause hearing on the 9th day of February, 2006, at the hour of 9:00 a.m., and that it is necessary to have said defendant present in the courtroom of the Honorable David A. Ezra, United States Courthouse, 300 Ala Moana

Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Warden, Clayton Frank, to produce said defendant to the United States Marshal in order to procure his presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Warden, Clayton Frank, commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure defendant's presence before the Honorable David A. Ezra in said courtroom, on said date and time, and from day-to-day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination of the criminal charges now pending against defendant return him to the Halawa Correctional Facility, 99-902 Moanalua Highway, Aiea, Hawaii 96701.

DATED:  February 2, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By   /s/ Kenneth M. Sorenson
    KENNETH M. SORENSON
    Assistant U.S. Attorney

O R D E R

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;

DATED: February 3, 2006, at Honolulu, Hawaii.



_____
Kevin S.C. Chang
United States Magistrate Judge

UNITED STATES OF AMERICA v. CLAYTON CHI YUNG YIP
Cr. No. 02-00074 DAE
"Application and Order for Writ of Habeas Corpus Ad Prosequendum"