EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 3 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00074 DAE |
| Plaintiff, ) | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. ) | |
| CLAYTON CHI YUNG YIP, ) | |
| Defendant. ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  The Warden, Clayton Frank, Halawa Correctional Facility, 99-902 Moanalua Highway, Aiea, Hawaii 96701; and to the United States Marshal for the District of Hawaii, or his assistant.

G R E E T I N G S

We command that you, Clayton Frank, Warden, Halawa Correctional Facility, Aiea, Hawaii, produce the body of CLAYTON CHI YUNG YIP, now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and further that the United States Marshal upon taking custody of said defendant produce said defendant before the Honorable David A. Ezra, United States District Court Judge, United States Courthouse, 300 Ala Moana

Boulevard, Honolulu, Hawaii, on 9th, February, 2006 the hour of 9:00 a.m. for an Order to Show Cause hearing of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

    Custody of said CLAYTON CHI YUNG YIP shall remain with the United States Marshal. The delivery of the body of said CLAYTON CHI YUNG YIP by the United States Marshal to the courtroom of the Honorable David A. Ezra as aforesaid until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said CLAYTON CHI YUNG YIP to the custody of the Halawa Correctional Facility, shall be deemed sufficient compliance with this Writ.

    WITNESS the Honorable Kevin S. Chang, Magistrate of the United States District Court for the District of Hawaii.

DATED: _____FEB 0 3 2006_____, at Honolulu, Hawaii.

SUE BEITIA, Clerk
United States District Court
for the District of Hawaii

_____
DEPUTY CLERK

UNITED STATES v. CLAYTON CHI YUNG YIP
Cr. No. 02-00074 DAE
"Writ of Habeas Corpus Ad Prosequendum"