# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/9/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00074DAE |
| CASE NAME: | USA v. Clayton Yip |
| ATTYS FOR PLA: | Loretta Sheehan for Ken Sorenson |
| ATTYS FOR DEFT: | Myles Breiner |
| USPO: | Tua Futuina |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 2/9/2006 | TIME: | 9:00am-9:40am |

COURT ACTION: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present in custody.

Defendant admits to violation No. 3.  Violations 1 and 2 are dismissed by the Court.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

Allocution by defendant.

SENTENCE:

Imprisonment: 18 MONTHS, to be served consecutively with any State Prison Terms imposed in CR 04-1-0569, CR 04-1-0531, and CR 04-1-0657

Supervised Release: NONE imposed

JUDICIAL RECOMMENDATIONS: FDC Honolulu.  Drug treatment, Vocational and Educational opportunities.

Defendant advised of his right to appeal.  Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager