CC: USA
USM
PTS
USPO

AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR-02-0074DAE(01) |
| Clayton Chi Yung Yip<br>3161 Ala Ilima Street #906<br>Honolulu, HI 96816<br>(Name and Address of Defendant) | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>FEB 10 2006<br>at 10 o'clock and 10 min. A M<br>SUE BEITIA, CLERK |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Clayton Chi Yung Yip and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with order to show cause why supervision should not be revoked.

in violation of Title United States Code, Section(s) .

RECEIVED
2004 DEC 14 AM 9:25
U.S. MARSHALS SERVICE
HONOLULU, HI

| | |
|---|---|
| Walter A.Y.H. Chinn<br>Name and Title of Issuing Officer | Clerk U.S. District Court<br>Title of Issuing Officer |
| *Signature*<br>Signature of Issuing Officer/Deputy Clerk | December 13, 2004 at Honolulu, Hawaii<br>Date and Location |

Bail Fixed at NONE        By: David Alan Ezra, Chief United States District Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Brent O.C. Nihoa<br>S/Duso | *signature* |
| Date of Arrest 2/9/05 | | |