AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 03 2006

at 2 o'clock and 3 min. P M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**CLAYTON CHI YUNG YIP**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **1:02CR00074-001**
USM Number: 84149-022
**MYLES BREINER, ESQ.**
Defendant's Attorney

**THE DEFENDANT:**
[✓]  admitted guilt to violation of condition(s) U.S.S.G. §7B1.3(a)(1), General Condition of the term of supervision.
[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:  **6405**

Defendant's Residence Address:
**Ala Ilima Street**

Defendant's Mailing Address:
**Ala Ilima Street**

FEBRUARY 9, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

MAR 03 2006
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

| | | |
|---|---|---|
| CASE NUMBER: | 1:02CR00074-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | CLAYTON CHI YUNG YIP | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 3 | In the First Circuit Court, Mr. Yip was convicted for Burglary in the First Degree, in violation of Hawaii Revised Statutes (HRS) §705-810(1)(c), Unauthorized Control of Propelled Vehicle, in violation of HRS §708-836, and Theft in the Second Degree, in violation of HRS §708-831(1)(b) | 11/22/2005 |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:02CR00074-001 | Judgment - Page 3 of 3 |
| DEFENDANT: CLAYTON CHI YUNG YIP | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 MONTHS .

This term consists of EIGHTEEN(18) MONTHS, to be served consecutively with any State Prison Terms imposed in CR 04-1-0569, CR 04-1-0531, and CR 04-1-0657

[ ]   The court makes the following recommendations to the Bureau of Prisons:
FDC Honolulu. Drug treatment, Vocational and Educational opportunities.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

   Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal